UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>In re Tyco International, Ltd.</u>
<u>Multidistrict Litigation</u> (MDL 1335)       CASE NO. 02-md-1335-B

<u>Teacher Retirement System</u>
<u>of Texas, et al.</u> v.
<u>Tyco Int'l Ltd., et al.</u>              Civil No. 08-cv-1336-PB

<u>Nuveen Balanced Mun. & Stock</u>
<u>Fund, et al.</u> v.
<u>Tyco Int'l Ltd., et al.</u>              Civil No. 08-cv-1338-PB

<u>Blackrock Global Allocation</u>
<u>Fund, Inc., et al.</u> v.
<u>Tyco Int'l Ltd., et al.</u>              Civil No. 08-cv-1339-PB

<u>State Treasurer of the State</u>
<u>of Michigan, et al.</u> v.
<u>Tyco Int'l Ltd., et al.</u>              Civil No. 08-cv-1340-PB

<u>Public Employees' Retirement</u>
<u>Assoc. of Colorado</u> v.
<u>Dennis Kozlowski and Mark Swartz</u>    Civil No. 08-cv-1341-PB

### SUGGESTION OF REMAND

Pretrial proceedings on common matters have been substantially completed in the above-referenced cases, Civil Action Nos. 08-cv-1336-PB; 08-cv-1338-PB; 08-cv-1339-PB; 08-cv-1340-PB and 08-cv-1341-PB.  The parties in these cases are in agreement that they should be remanded to the court where they were originally filed, and the court has determined that a remand order will best serve the expeditious resolution of these cases. Accordingly, the court recommends that the Judicial Panel on

Multidistrict Litigation remand the above-referenced cases to the courts in which they were originally filed.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 1, 2010

cc: Counsel of Record